**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JESSICA WALKER                                                                                       PLAINTIFF

v.                                        NO. 4:10CV00314 JLH

KEITH COKER, *et al.*                                                      DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 5th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE